PIP

**Criminal Case Cover Sheet** | **FILED:** REDACTED | **U.S. District Court**

**Place of Offense:** | ☐ **Under Seal** | **Judge Assigned:** MSN

| | | | | | |
|---|---|---|---|---|---|
| City: | | Superseding Indictment: | | **Criminal No.** | 1:26-CR- 185 |
| County: | Loudoun | Same Defendant: | Yes | New Defendant: | |
| | | Magistrate Judge Case No. | 1:26-mj-177 | **Arraignment Date:** | |
| | | Search Warrant Case No. | | R. 20/R. 40 From: | |

**Defendant Information:**

**Defendant Name:** David J. Rush | Alias(es): | ☐ Juvenile | FBI No.:

**Address:** XXXXX XXXXXXXX XXXXX, ASHBURN, VA 20147

Employment:

**Birth Date:** XX/XX/1977 | **SSN:** XXX-XX-XX72 | **Sex:** Male | Race: Caucasian | Nationality: USA

**Place of Birth:** New York | Height: 5'9 | Weight: 180 | Hair: Brn | Eyes: Hazel | Scars/Tattoos:

☐ **Interpreter** | **Language/Dialect:** | Auto Description:

**Location/Status:**

**Arrest Date:** May 19, 2026 | ☒ Already in Federal Custody as of: May 19, 2026 | in: ADC

☐ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody

☐ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested

☐ Arrest Warrant Pending | ☒ Detention Sought | ☐ Bond

**Defense Counsel Information:**

**Name:** Jessica Carmichael, Esq. | ☐ Court Appointed | Counsel Conflicts:

Address: 108 N. Alfred Street, 1st Floor, Alexandria, VA 22314 | ☒ Retained

Phone: 703.684.7908 | ☐ Public Defender | ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** AUSAs Raizza K. Ty and Gavin R. Tisdale | **Phone:** (703)299-3771 | Bar No. 125872014 (NJ)

**Complainant Agency - Address & Phone No. or Person & Title:**

FBI SA Matthew T. Johnson

| **U.S.C. Citations:** | **Code/Section** | **Offense Charged** | **Count(s)** | **Capital/Felony/Misd./Petty** |
|---|---|---|---|---|
| Set 1: | 18 USC 1343 | Wire Fraud | 1 | Felony |
| Set 2: | | | | |

**Date:** 10/02/2026 | **AUSA Signature:** /s/ Raizza K. Ty

*may be continued on reverse*