Date: 10/6/2026 Judge: **Michael S. Nachmanoff** Reporter: Rebecca Stonestreet
Time: 1:18 P.M. to 1:51 P.M. Courtroom Deputy: Lynnelle Creek
Interpreter: N/A
Language:

**UNITED STATES of AMERICA**
Vs.

| | |
|---|---|
| **DAVID RUSH** | **1:26-CR-185** |
| Defendant's Name | Case Number |
| Jessica Carmichael and Michael Satin | Kevin Hakala, Raizza Ty, Kathryn Demarco, and Gavin Tisdale |
| Counsel for Defendant | Counsel for Government |

Matter called for:

| | | | |
|---|---|---|---|
| ( ) Motions | ( ) Setting Trial Date | ( ) Change of Plea | ( ) Rule 35 |
| ( ) Arraignment | ( ) Appeal from USMC | ( ) Sentencing | ( ) Rule 20 & Plea |
| ( ) Probation/Supervised Release Hrg. | | (✓) Pre-Indictment Plea | ( ) Other: ________________ |

| | | | |
|---|---|---|---|
| Defendant appeared: | (✓) in person | ( ) did not appear | |
| | (✓) with Counsel | ( ) without counsel | ( ) through counsel |

Filed in open court:
(✓) Criminal Information (✓) Plea Agreement (✓) Statement of Facts (✓) Sealed Document (✓) Waiver of Ind.

**PLEA AGREEMENT HEARING**

- Defendant PG to the Criminal Information filed.
- Underseal matter addressed underseal.
- Defendant referred to USPO for PSIR.
- Matter continued for **Sentencing** on **1/28/2027 at 10:00 a.m.**
- Defendant remanded.